AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| **Horacio ROMERO-Aranda** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ **October 21, 2023** _____ in the county of _____ **Webb** _____ in the

_____ **Southern** _____ District of _____ **Texas** _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. ■ |

This criminal complaint is based on these facts:

On or about October 21, 2023, the defendant Horacio ROMERO-Aranda was apprehended near Laredo, Texas. After a brief interview it was determined that, Horacio ROMERO-Aranda was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Horacio ROMERO-Aranda was previously REMOVED from the United States on 09/11/2012 at Laredo, Tx. There is no record that Horacio ROMERO-Aranda has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua O'Bannon
*Complainant's signature*

Joshua O'Bannon                    Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  October 23, 2023

*Judge's signature*

City and state:  Laredo, Texas

Christopher dos Santos          U.S. Magistrate Judge
*Printed name and title*